# UNITED STATES DISTRICT COURT
for the

District of New Mexico

United States of America
v.
DIANA MARCIAL

Case No: 23-809KG
USM No: 62825-380

Date of Original Judgment: 09/26/2023
Date of Previous Amended Judgment: 
(Use Date of Last Amended Judgment if Any)

PRO SE
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)

**PLEASE REFER TO DOCUMENT 33**

Except as otherwise provided, all provisions of the judgment dated 9/26/2023 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 05/01/2024

Judge's signature

Effective Date: _____
(if different from order date)

Printed name and title